692 A.2d 1097

Susan **KUROPATAWA**, Petitioner,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, Respondent.

Supreme Court of Pennsylvania.

April 28, 1997.

Ross Begelman, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 28th day of April, 1997, the Petition for Allowance of Appeal is granted limited to Issue A:

Does an insured have standing to file suit against his automobile insurance carrier to compel payment of his medical bills when payment has been denied based upon a Peer Review Report requested under 75 Pa.C.S.A. § 1797(b).